COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                          SPRINGFIELD DISTRICT COURT
                                      OF THE TRIAL COURT
                                      CIVIL ACTION NO. 041CV1544

CHRISTOPHER MURPHY,                )
    Plaintiff,                     )
                                   )
v.                                 )
                                   )
RUPERT A. DANIEL, JUAN ROSARIO,    )
JASON SLEEPER, and CREATIVE THEATER)
CONCEPTS, INC., d/b/a The HIPPODROME, )
    Defendants.                    )

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

Now comes the Plaintiff, CHRISTOPHER MURPHY, and hereby requests that a default enter against the Defendant, **RUPERT A. DANIEL**, pursuant to Rule 55(a) of the Massachusetts Rule of Civil Procedure. In support of this request Plaintiff submits the attached affidavit of Attorney A.J. O'Donald, III.

Dated: 7/24/04          By: _____
                        A.J. O'Donald, III
                        1859 Northampton Street
                        Holyoke, MA  01040
                        Telephone No. (413) 533-7400
                        Facsimile No. (413) 533-7577
                        BBO #638172

A TRUE COPY, ATTEST:

_____
ASSISTANT CLERK - MAGISTRATE

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                         SPRINGFIELD DISTRICT COURT
                                     OF THE TRIAL COURT
                                     CIVIL ACTION NO. 04CV1544

CHRISTOPHER MURPHY,                  )
       Plaintiff,                    )
                                     )
v.                                   )
                                     )
RUPERT A. DANIEL, JUAN ROSARIO,      )
JASON SLEEPER, and CREATIVE THEATER  )
CONCEPTS, INC., d/b/a The HIPPODROME,)
       Defendants.                   )

### AFFIDAVIT OF ATTORNEY A.J. O'DONALD, III IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

I, A.J. O'Donald, III, attorney for the above-named Plaintiff, CHRISTOPHER MURPHY, under oath and penalties of perjury, state that:

11. The complaint in which a judgment for affirmative relief is sought against the Defendant, **RUPERT A. DANIEL**, was filed on or about June 1, 2004.

12. The summons, copy of the complaint and statement of damages were served on the Registry of Motor Vehicles on June 24, 2004, by the Hampden County Sheriff's Office.

13. The summons, copy of the complaint and statement of damages were served on the defendant on June 30, 2004, by the Massachusetts Registry of Motor Vehicles by serving the Defendant at his last and usual abode.

14. The time within which the defendant was required to serve a responsive pleading or otherwise defend pursuant to Rule 12(a) or any extension thereof agreed by the parties has expired.

15. The defendant has failed to serve or file a response pleading or otherwise defend as to the Complaint.

WHEREFORE, pursuant to Rule 55(a) of the Massachusetts Rules of Civil Procedure, the plaintiff makes this application that the defendant be defaulted.


Signed under the pains and penalties of perjury this 26th day of July 2004.

Dated: 7/26/04

By: *(signature)*
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172

A TRUE COPY, ATTEST:

*(signature)*

ASSISTANT CLERK - MAGISTRATE

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

*ALSO LICENSED IN CONNECTICUT AND NEW YORK

July 26, 2004

Springfield District Court
Civil Clerk's Office
50 State Street
Hall of Justice
Springfield, MA 01103

RE: **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and Creative Theater Concepts, Inc., d/b/a the Hippodrome**
Springfield District Court Docket No. 04CV1544

Dear Sir/Madam:

Enclosed herewith please find three motions for entry of default against the individually named defendants in-connection with the above-noted matter

Thank you for your attention to this matter.

Very truly yours,

A.J. O'Donald III

Enclosures

cc:   Attorney Joseph A. Franco

A TRUE COPY, ATTEST:

ASSISTANT CLERK - MAGISTRATE

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                    SPRINGFIELD DISTRICT COURT
                                                OF THE TRIAL COURT
                                                CIVIL ACTION NO. 041CV1544

CHRISTOPHER MURPHY,                    )
      Plaintiff,                       )
                                       )
                                       )
v.                                     )
                                       )
RUPERT A. DANIEL, JUAN ROSARIO,        )
JASON SLEEPER, and CREATIVE THEATER    )
CONCEPTS, INC., d/b/a The HIPPODROME,  )
      Defendants.                      )

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

Now comes the Plaintiff, CHRISTOPHER MURPHY, and hereby requests that a default enter against the Defendant, **JUAN ROSARIO**, pursuant to Rule 55(a) of the Massachusetts Rule of Civil Procedure. In support of this request Plaintiff submits the attached affidavit of Attorney A.J. O'Donald, III.

Dated: 7/26/04

By: _[signature]_
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172

A TRUE COPY, ATTEST:
_[signature]_
ASSISTANT CLERK - MAGISTRATE

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                    SPRINGFIELD DISTRICT COURT
                                OF THE TRIAL COURT
                                CIVIL ACTION NO. 04CV1544

CHRISTOPHER MURPHY,                )
    Plaintiff,                    )
                                   )
v.                                 )
                                   )
RUPERT A. DANIEL, JUAN ROSARIO,    )
JASON SLEEPER, and CREATIVE THEATER )
CONCEPTS, INC., d/b/a The HIPPODROME, )
    Defendants.                    )

## AFFIDAVIT OF ATTORNEY A.J. O'DONALD, III IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

I, A.J. O'Donald, III, attorney for the above-named Plaintiff, CHRISTOPHER MURPHY, under oath and penalties of perjury, state that:

1. The complaint in which a judgment for affirmative relief is sought against the Defendant, **JUAN ROSARIO**, was filed on or about June 1, 2004.

2. The summons, copy of the complaint and statement of damages were served on the Registry of Motor Vehicles on June 24, 2004, by the Hampden County Sheriff's Office.

3. The summons, copy of the complaint and statement of damages were served on the defendant on June 30, 2004, by the Massachusetts Registry of Motor Vehicles by serving the Defendant at his last and usual abode.

4. The time within which the defendant was required to serve a responsive pleading or otherwise defend pursuant to Rule 12(a) or any extension thereof agreed by the parties has expired.

5. The defendant has failed to serve or file a response pleading or otherwise defend as to the Complaint.

WHEREFORE, pursuant to Rule 55(a) of the Massachusetts Rules of Civil Procedure, the plaintiff makes this application that the defendant be defaulted.

Signed under the pains and penalties of perjury this 26th day of July 2004.

Dated: 7/24/04

By: _____
A.J. O'Donald III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172

A TRUE COPY, ATTEST:

_____
ASSISTANT CLERK - MAGISTRATE

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                                    SPRINGFIELD DISTRICT COURT
                                                OF THE TRIAL COURT
                                                CIVIL ACTION NO. 041CV1544

CHRISTOPHER MURPHY,                )
          Plaintiff,               )
                                   )
v.                                 )
                                   )
RUPERT A. DANIEL, JUAN ROSARIO,    )
JASON SLEEPER, and CREATIVE THEATER)
CONCEPTS, INC., d/b/a The HIPPODROME, )
          Defendants.              )

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

Now comes the Plaintiff, CHRISTOPHER MURPHY, and hereby requests that a default enter against the Defendant, **JASON SLEEPER**, pursuant to Rule 55(a) of the Massachusetts Rule of Civil Procedure. In support of this request Plaintiff submits the attached affidavit of Attorney A.J. O'Donald, III.

Dated: 7/26/04                     By: _____
                                   A.J. O'Donald, III
                                   1859 Northampton Street
                                   Holyoke, MA  01040
                                   Telephone No. (413) 533-7400
                                   Facsimile No. (413) 533-7577
                                   BBO #638172

A TRUE COPY, ATTEST:

_____
ASSISTANT CLERK - MAGISTRATE

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                          SPRINGFIELD DISTRICT COURT
                                      OF THE TRIAL COURT
                                      CIVIL ACTION NO. 04CV1544

CHRISTOPHER MURPHY,                )
      Plaintiff,                    )
                                   )
v.                                 )
                                   )
RUPERT A. DANIEL, JUAN ROSARIO,    )
JASON SLEEPER, and CREATIVE THEATER)
CONCEPTS, INC., d/b/a The HIPPODROME, )
      Defendants.                   )

### AFFIDAVIT OF ATTORNEY A.J. O'DONALD, III IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

I, A.J. O'Donald, III, attorney for the above-named Plaintiff, CHRISTOPHER MURPHY, under oath and penalties of perjury, state that:

6. The complaint in which a judgment for affirmative relief is sought against the Defendant, **JASON SLEEPER**, was filed on or about June 1, 2004.

7. The summons, copy of the complaint and statement of damages were served on the Registry of Motor Vehicles on June 24, 2004, by the Hampden County Sheriff's Office.

8. The summons, copy of the complaint and statement of damages were served on the defendant on June 30, 2004, by the Massachusetts Registry of Motor Vehicles by serving the Defendant at his last and usual abode.

9. The time within which the defendant was required to serve a responsive pleading or otherwise defend pursuant to Rule 12(a) or any extension thereof agreed by the parties has expired.

10. The defendant has failed to serve or file a response pleading or otherwise defend as to the Complaint.

WHEREFORE, pursuant to Rule 55(a) of the Massachusetts Rules of Civil Procedure, the plaintiff makes this application that the defendant be defaulted.

Signed under the pains and penalties of perjury this 26th day of July 2004.

Dated: 7/26/04

By: _____
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172

A TRUE COPY, ATTEST:

_____
ASSISTANT CLERK - MAGISTRATE



# The Commonwealth of Massachusetts
## Registry of Motor Vehicles
### One Copley Place, Boston 02116

Kimberly Hinden
*Registrar*

Mail:
P.O. Box 199100
Boston, MA 02119-9100
www.ma.gov/rmv

June 30, 2004

A.J. O'Donald, III, Esq.
1859 Northampton Street
Hoiyoke, MA 01040

RE: CHRISTOPHER MURPHY VS. RUPERT A. DANIEL, JUAN A. ROSARIO, JASON J. SWEEPER and CREATIVE THEATER CONCEPTS, INC., d/b/a THE HIPPODROME.
HAMPDEN, SS., DISTRICT COURT DEPARTMENT- SPRINGFIELD DIVISION, CIVIL ACTION NO# 04CV 1544

Dear Atty. O'Donald:

The attached process has been served on the defendant pursuant to the provisions of M.G.L. c. 90 §3D. Below please find the executed affidavit set forth in §3D, which by law serves as prima facie evidence of service upon that party.

## AFFIDAVIT

This hereby certifies that the attached process served upon the Registrar of Motor Vehicles was forwarded by mail June 30, 2004, postage prepaid, to Rupert A. Daniel at the last address appearing in the Registrar's records. This is in accordance with the provisions of M.G.L. c. 90, §3D.

Signed under the pains and penalties of perjury on June 30, 2004.

Signed: *Kathleen Munson*
Kathleen Munson, Keeper of the Records

ba

A TRUE COPY, ATTEST:
*[signature]*
ASSISTANT CLERK - MAGISTRATE

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

*ALSO LICENSED IN CONNECTICUT AND NEW YORK

July 26, 2004

Springfield District Court
Civil Clerk's Office
50 State Street
Hall of Justice
Springfield, MA 01103

RE: **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and Creative Theater Concepts, Inc., d/b/a the Hippodrome**
**Springfield District Court Docket No. 04CV1544**

Dear Sir/Madam:

Enclosed herewith please find three original affidavits of service of process made by the Massachusetts Registry of Motor Vehicles upon each of the individually named defendants in-connection with the above-noted matter

Thank you for your attention to this matter.

Very truly yours,

A.J. O'Donald III

Enclosures

cc:   Attorney Joseph A. Franco

# The Commonwealth of Massachusetts

## Registry of Motor Vehicles

### One Copley Place, Boston 02116

Kimberly Hinden
*Registrar*

Mail:
P.O. Box 199100
Boston, MA 02119-9100
www.ma.gov/rmv

June 30, 2004

A.J. O'Donald, III, Esq.
1859 Northampton Street
Holyoke, MA 01040

RE: CHRISTOPHER MURPHY VS. RUPERT A. DANIEL, JUAN A. ROSARIO, JASON J. SWEEPER and CREATIVE THEATER CONCEPTS, INC., d/b/a THE HIPPODROME.
HAMPDEN, SS., DISTRICT COURT DEPARTMENT- SPRINGFIELD DIVISION, CIVIL ACTION NO# 04CV 1544

Dear Atty. O'Donald:

The attached process has been served on the defendant pursuant to the provisions of M.G.L. c. 90 §3D. Below please find the executed affidavit set forth in §3D, which by law serves as prima facie evidence of service upon that party.

## AFFIDAVIT

This hereby certifies that the attached process served upon the Registrar of Motor Vehicles was forwarded by mail June 30, 2004, postage prepaid, to Juan A. Rosario at the last address appearing in the Registrar's records. This is in accordance with the provisions of M.G.L. c. 90, §3D.

Signed under the pains and penalties of perjury on June 30, 2004.

Signed: *Kathleen Munson*
Kathleen Munson, Keeper of the Records

ba

A TRUE COPY, ATTEST:
*[signature]*
ASSISTANT CLERK - MAGISTRATE

# Commonwealth of Massachusetts
## Registry of Motor Vehicles
### One Copley Place, Boston 02116

Kimberly Hinden
*Registrar*

Mail:
P.O. Box 199100
Boston, MA 02119-9100
www.ma.gov/rmv

June 30, 2004

A.J. O'Donald, III, Esq.
1859 Northampton Street
Holyoke, MA 01040

RE: CHRISTOPHER MURPHY VS. RUPERT A. DANIEL, JUAN A. ROSARIO, JASON J. SWEEPER and CREATIVE THEATER CONCEPTS, INC., d/b/a THE HIPPODROME.
HAMPDEN, SS., DISTRICT COURT DEPARTMENT- SPRINGFIELD DIVISION, CIVIL ACTION NO# 04CV 1544

Dear Atty. O'Donald:

The attached process has been served on the defendant pursuant to the provisions of M.G.L. c. 90 §3D. Below please find the executed affidavit set forth in §3D, which by law serves as prima facie evidence of service upon that party.

## AFFIDAVIT

This hereby certifies that the attached process served upon the Registrar of Motor Vehicles was forwarded by mail June 30, 2004, postage prepaid, to Jason J. Sweeper at the last address appearing in the Registrar's records. This is in accordance with the provisions of M.G.L. c. 90, §3D.

Signed under the pains and penalties of perjury on June 30, 2004.

Signed: _Kathleen Munson_
Kathleen Munson, Keeper of the Records

ba

A TRUE COPY, ATTEST:
_signature_
ASSISTANT CLERK - MAGISTRATE

# Commonwealth of Massachusetts
## THE TRIAL COURT
## DISTRICT COURT DEPARTMENT

HAMPDEN, SS                                    SPRINGFIELD DIVISION
                                               CIVIL ACTION NO.
                                               04CV-1544

CHRISTOPHER MURPHY
                    PLAINTIFF

v.

RUPERT A. DANIEL, JUAN ROSARIO,
JASON SLEEPER AND CREATIVE
THEATER CONCENPTS, INC. D/B/A THE
HIPPODROME
                    DEFENDANTS

## APPEARANCE

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendant, Rupert Daniel.

Dated: August 5, 2004                          Respectfully submitted.

                                               City of Springfield
                                               By:

                                               _____
                                               Edward M. Pikula, BBO #399770

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a       Associate City Solicitor
true copy of the within Defendant's Notice    CITY OF SPRINGFIELD LAW DEPARTMENT
of Removal was this day served upon           36 Court Street
Plaintiff by mailing copy of same or hand     Springfield, Massachusetts 01103
delivery to Plaintiff's counsel. SIGNED       Telephone:   (413) 787-6085
under the pains and penalties of perjury.     Telefax:     (413) 787-6173
Dated:
Edward M. Pikula, Esquire

Filed Aug 5, 2004

A TRUE COPY, ATTEST:

ASSISTANT CLERK - MAGISTRATE

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.                            SPRINGFIELD DISTRICT COURT
                                        OF THE TRIAL COURT
                                        CIVIL ACTION NO. 04CV1544

CHRISTOPHER MURPHY,               )
      Plaintiff,                  )
                                  )
v.                                )
                                  )
RUPERT A. DANIEL, JUAN ROSARIO,   )
JASON SLEEPER, and CREATIVE THEATER )
CONCEPTS, INC., d/b/a The HIPPODROME, )
      Defendants.                 )

### AFFIDAVIT OF ATTORNEY A.J. O'DONALD, III IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

I, A.J. O'Donald, III, attorney for the above-named Plaintiff, CHRISTOPHER MURPHY, under oath and penalties of perjury, state that:

1. The complaint in which a judgment for affirmative relief against the Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, was filed on or about June 1, 2004.

2. On June 29, 2004 at 7:00 p.m., the Hampden County Sheriff's Office served a summons, copy of the complaint and statement of damages upon the defendant in-hand by delivering said documents to a manager and/or person in charge for CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME.

3. The time within which the defendant was required to serve a responsive pleading or otherwise defend pursuant to Rule 12(a) or any extension thereof agreed by the parties has expired.

4. The defendant has failed to serve or file a response pleading or otherwise defend as to the Complaint.

WHEREFORE, pursuant to Rule 55(a) of the Massachusetts Rules of Civil Procedure, the plaintiff makes this application that the defendant be defaulted.

Signed under the pains and penalties of perjury this 31st day of July 2004.

Dated: 7/3,/04

By: *[signature]*
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172

A TRUE COPY, ATTEST:
*[signature]*
ASSISTANT CLERK - MAGISTRATE

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

July 19, 2004

04022103
Dan

**Via facsimile to (413)733-6933 and First Class Mail**

Hampden County Sheriffs, Inc.
1170 Main Street
P.O. Box 5005
Springfield, MA 01101-5005

RE: **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and Creative Theater Concepts, Inc., d/b/a the Hippodrome**
Springfield District Court Docket No.

Dear Sir or Madam:

I am once again writing to determine the status of service of process upon the Hippodrome. All complaints and summonses were mailed to you on May 30, 2004. You have served the other defendant as I request by making service upon the registry. As you know, under the rules of civil procedure, a plaintiff only has ninety days within which to make service of process. I do not want to exceed that limitation.

Thank you for your attention to this matter.

Very truly yours,

---

**Hampden County Sheriff's**  •  1170 Main St.  •  P.O. Box 5005  •  Springfield, MA 01101-5005  •  (413) 732-5772

*Hampden, ss.*

July 20, 2004

I hereby certify and return that on 6/29/2004 at 07:00 pm I served a true and attested copy of the SUMMONS, COMPLAINT & STATEMENT OF DAMAGES in this action in the following manner: To wit, by delivering in hand to JOE MORIN, MANAGER, person in charge at the time of service for CREATIVE THEATER CONCEPTS INC DBA, 1700 MAIN Street, SPRINGFIELD, MA 01103. Attestation X 1 ($5.00), Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Mailing1 ($1.00), ON-CALL DEPUTY ($25.00) Total Charges $64.76

A TRUE COPY, ATTEST:

ASSISTANT CLERK - MAGISTRATE

Deputy Sheriff DANIEL D. LARROW

*Deputy Sheriff*

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

*ALSO LICENSED IN CONNECTICUT AND NEW YORK

July 31, 2004

Springfield District Court
Civil Clerk's Office
50 State Street
Hall of Justice
Springfield, MA 01103

RE: **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and Creative Theater Concepts, Inc., d/b/a the Hippodrome**
**Springfield District Court Docket No. 04CV1544**

Dear Sir/Madam:

Enclosed herewith please find a return of service issued by the Hampden County Sheriff's Office made upon Creative Theatre Concepts, inc. d/b/a the Hippodrome. The Sheriff did not attach the return to a summons. However, the return does confirm that this defendant was in fact properly served. Also, enclosed is plaintiff's motion for entry of default against Creative Theatre Concepts, inc. d/b/a the Hippodrome.

Thank you for your attention to this matter.

Very truly yours,

A.J. O'Donald III

Enclosures

cc: Attorney Joseph A. Franco

A TRUE COPY, ATTEST:

ASSISTANT CLERK - MAGISTRATE