# United States District Court
# District of Massachusetts

| | |
|---|---|
| **CHRISTOPHER MURPHY**<br>　　　　PLAINTIFF<br><br>v.<br><br>**RUPERT A. DANIEL, JUAN ROSARIO, JASON SLEEPER AND CREATIVE THEATER CONCENPTS, INC. D/B/A THE HIPPODROME**<br>　　　　DEFENDANTS | CIVIL ACTION NO. |

## APPEARANCE

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, Juan Rosario and John Sleeperl.

.ated: August 10, 2004

Respectfully submitted.

By: _____
Edward M. Pikula, BBO #399770

Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:　　(413) 787-6085
Telefax:　　　(413) 787-6173

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing copy of same or hand delivery to: A.J. O'Donald, 1859 Northampton Street, Holyoke, MA 01040, Attorney Plaintiff. SIGNED under the pains and penalties of perjury.
Dated: 7/10/04
Edward M. Pikula, Esquire

42675