# United States District Court
# District of Massachusetts

| | |
|---|---|
| **CHRISTOPHER MURPHY**<br>PLAINTIFF<br><br>v.<br><br>**RUPERT A. DANIEL, JUAN ROSARIO, JASON SLEEPER AND CREATIVE THEATER CONCENPTS, INC. D/B/A THE HIPPODROME**<br>DEFENDANTS | CIVIL ACTION NO. 04-30144-MAP |

## MOTION TO REMOVE DEFAULT AND FILE ANSWER LATE

Now come the defendants, and move, pursuant to Fed..R.Civ.P., Rule 55(c), that the court set aside the default entered, and that they be allowed to file an answer late. A copy of the answer to the complaint is attached hereto as Exhibit "A".

Rule 55(c) allows the court to set aside the entry of default for "good cause". An adequate basis for the motion is shown by the answer and affidavit filed herewith. Under applicable case law, any doubt should be resolved in favor of setting aside defaults so that cases may be decided on their merits. *Alopari v. O'Leary*, 154 F.Supp. 78 (E.D.Pa.1957)

The failure to file the answer occurred as a result of improper service of process, mistake and inadvertence, and that the defendants have good and meritorious defenses to the cause of action referred to therein, and the plaintiff will not be prejudiced by the allowance of said motion, all as set forth in the affidavit attached hereto as Exhibit "B".

Respectfully submitted.

By: _____
Edward M. Pikula, BBO #399770

Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:         (413) 787-6085
Telefax:           (413) 787-6173

---

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing copy of same or hand delivery to: A.J. O'Donald, III, 1859 Northampton Street, Holyoke, MA 01040, Attorney Plaintiff. SIGNED under the pains and penalties of perjury.
Dated:  8/10/04
Edward M. Pikula, Esquire

# United States District Court
# District of Massachusetts

**CHRISTOPHER MURPHY**
        PLAINTIFF

v.

**RUPERT A. DANIEL, JUAN ROSARIO, JASON SLEEPER AND CREATIVE THEATER CONCENPTS, INC. D/B/A THE HIPPODROME**
        DEFENDANTS

CIVIL ACTION NO. 04-30144-MAP

## AFFIDAVIT IN SUPPORT OF MOTION TO REMOVE DEFAULT AND FILE ANSWER LATE

The defendants, by counsel, says:

1. On or about July 6, 2004, defendant Rupert Daniel notified the Springfield chief of police that he had receive a copy of a lawsuit naming him a defendant in the above case, and the copy was sent to the Law Department for review.

2. On July 9, 2004 the case was assigned to this counsel for review. Upon review, the case was to be removed to federal court as it involved a federal claim. Counsel left the country for a pre-paid family vacation the next day, and returned to the country on July 19, 2004.

3. By oversight, counsel did not realize the complaint was not responded to while e was away on vacation until August 5, 2004, upon reviewing the pile of work which had accumulated in his absence. A notice of removal was filed that day. Copies of the

State court file were obtained on August 10, 2004, and revealed that a default had been entered on August 9, 2004.

4. A review of records show that the default was entered based on service of process through the Registry of Motor Vehicles for the Commonwealth of Massachusetts, pursuant to G.L. c. 90, section 3D. Said service is inapplicable to the case at bar as it is not "growing out of any accident or collision in which he or his agent may be involved while operating a motor vehicle within the commonwealth", and that the defendants have prepared an answer for filing and service this date.

5. The defendants have a meritorious defense to the claim set forth in the plaintiff's complaint, and due to the short delay caused by the failure to timely file and serve the answer, plaintiff will not be prejudiced by the allowance of the motion.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 10th DAY OF August, 2004.

Edward M. Pikula
Associate City Solicitor
City of Springfield
Law Department
36 Court Street
Springfield, Massachusetts 01103
(413) 787-6085
BBO# 399770