# United States District Court
# District of Massachusetts

CHRISTOPHER MURPHY
        PLAINTIFF

v.

RUPERT A. DANIEL, JUAN ROSARIO, JASON SLEEPER AND CREATIVE THEATER CONCENPTS, INC. D/B/A THE HIPPODROME
        DEFENDANTS

CIVIL ACTION NO. 04-30144-MAP

## ANSWER

Now come the Defendants **RUPERT A. DANIEL, JUAN ROSARIO, and JASON SLEEPER,** and answer each and every allegation contained in the Plaintiff's Complaint as follows:

### PARTIES

1. The Defendants have insufficient knowledge to either admit or deny the allegations of fact contained in paragraph 1 of the Complaint.

2. The Defendants admit to the allegations contained in paragraph 2 of the Complaint.

3. The Defendants admit to the allegations contained in paragraph 3 of the Complaint.

4. The Defendants admit to the allegations contained in paragraph 4 of the Complaint.

5. The Defendants have insufficient knowledge to either admit or deny the allegations of fact contained in paragraph 5 of the Complaint.

42675

## FACTS RELEVANT TO ALL COUNTS

7. The Defendants repeats and reallege paragraphs 1 through 5 as set forth above.

8. The Defendants have insufficient knowledge to either admit or deny the allegations of fact contained in paragraph 8 of the Complaint.

9. The Defendants admit to the allegations contained in paragraph 9 of the Complaint.

10. The Defendants have insufficient knowledge to either admit or deny the allegations of fact contained in paragraph 10 of the Complaint.

11. The Defendants admit to the allegations contained in paragraph 11 of the Complaint.

12. The Defendants deny the allegations contained in paragraph 12 of the Complaint.

13. The Defendants deny the allegations contained in paragraph 13 of the Complaint.

14. The Defendants deny the allegations contained in paragraph 14 of the Complaint.

15. The Defendants have insufficient knowledge to either admit or deny the allegations of fact contained in paragraph 15 of the Complaint.

16. The Defendants admit to the allegations contained in paragraph 16 of the Complaint.

17. The Defendants have insufficient knowledge to either admit or deny the allegations of fact contained in paragraph 17 of the Complaint.

### COUNT ONE
### (Christopher Murphy v. Rupert A. Daniel)

19. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 17 as set forth above.

20. The Defendants deny the allegations contained in paragraph 20 of the Complaint.

### COUNT TWO
### (Christopher Murphy v. Juan Rosario)

21. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 20 as set forth above.

22. The Defendants deny the allegations contained in paragraph 22 of the Complaint.

## COUNT THREE
### (Christopher Murphy v. Jason Sleeper)

23. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 22 as set forth above.

24. The Defendants deny the allegations contained in paragraph 24 of the Complaint.

## COUNT FOUR
### (Christopher Murphy v. Sergeant Rupert A. Daniel)

25. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 24 as set forth above.

26. The Defendants deny the allegations contained in paragraph 26 of the Complaint.

## COUNT FIVE
### (Christopher Murphy v. Juan Rosario)

27. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 26 as set forth above.

28. The Defendants deny the allegations contained in paragraph 28 of the Complaint.

## COUNT SIX
### (Christopher Murphy v. Jason Sleeper)

29. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 28 as set forth above.

30. The Defendants deny the allegations contained in paragraph 30 of the Complaint.

## COUNT SEVEN
### (Christopher Murphy v. Rupert A. Daniel)

31. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 30 as set forth above.

32. The Defendants deny the allegations contained in paragraph 30 of the Complaint.

## COUNT EIGHT
### (Christopher Murphy v. Juan Rosario)

33. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 32 as set forth above.

34. The Defendants deny the allegations contained in paragraph 34 of the Complaint.

## COUNT NINE
### (Christopher Murphy v. Jason Sleeper)

35. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 34 as set forth above.

36. The Defendants deny the allegations contained in paragraph 36 of the Complaint.

## COUNT TEN
### (Christopher Murphy v. Rupert A. Daniel)

37. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 36 as set forth above.

38. The Defendants deny the allegations contained in paragraph 38 of the Complaint.

## COUNT ELEVEN
### (Christopher Murphy v. Juan Rosario)

39. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 38 as set forth above.

40. The Defendants deny the allegations contained in paragraph 38 of the Complaint.

## COUNT TWELVE
### (Christopher Murphy v. Jason Sleeper)

41. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 40 as set forth above.

The Defendants deny the allegations contained in paragraph 42 of the Complaint.

## COUNT THIRTEEN
### (Christopher Murphy v. Rupert A. Daniel)

42. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 42 as set forth above.

43. The Defendants deny the allegations contained in paragraph 44 of the Complaint.

## COUNT FOURTEEN
### (Christopher Murphy v. Juan Rosario)

44. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 44 as set forth above

45. The Defendants deny the allegations contained in paragraph 46 of the Complaint.

## COUNT FIFTEEN
### (Christopher Murphy v. Jason Sleeper)

46. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 46 as set forth above.

47. The Defendants deny the allegations contained in paragraph 48 of the Complaint.

## COUNT SIXTEEN
### (Christopher Murphy v. Rupert A. Daniel)

48. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 48 as set forth above.

49. The Defendants deny the allegations contained in paragraph 50 of the Complaint.

50. The Defendants deny the allegations contained in paragraph 50 of the Complaint.

## COUNT SEVENTEEN
### (Christopher Murphy v. Juan Rosario)

51. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 51 as set forth above.

52. The Defendants deny the allegations contained in paragraph 53 of the Complaint.

53. The Defendants deny the allegations contained in paragraph 54 of the Complaint.

## COUNT EIGHTEEN
### (Christopher Murphy v. Jason Sleeper)

54. The Defendants repeat and reallege the allegations contained in paragraphs 1 through 54 as set forth above.

55. The Defendants deny the allegations contained in paragraph 56 of the Complaint.

56. The Defendants deny the allegations contained in paragraph 57 of the Complaint.

## COUNT NINETEEN
### (Christopher Murphy v. Creative Concepts, Inc. d/b/a Hippodrome)

57. No Answer is required for the allegations set forth in paragraph 58 of the Complaint, as they relate to a defendant for whose actions, these defendants are not liable.

58. No Answer is required for the allegations set forth in paragraph 59 of the Complaint as they relate to a defendant for whose actions, these defendants are not liable.

## COUNT TWENTY
### (Christopher Murphy v. Creative Concepts, Inc. d/b/a Hippodrome)

59. No Answer is required for the allegations set forth in paragraph 60 of the Complaint, as they relate to a defendant for whose actions, these defendants are not liable.

60. No Answer is required for the allegations set forth in paragraph 61 of the Complaint as they relate to a defendant for whose actions, these defendants are not liable.

## COUNT TWENTY-ONE
### (Christopher Murphy v. Creative Concepts, Inc. d/b/a Hippodrome)

61. No Answer is required for the allegations set forth in paragraph 62 of the Complaint as they relate to a defendant for whose actions, these defendants are not liable.

62. 63. No Answer is required for the allegations set forth in paragraph 63 of the Complaint, as they relate to a defendant for whose actions, these defendants are not liable.

6

## COUNT TWENTY-TWO
### (Christopher Murphy v. Creative Concepts, Inc. d/b/a Hippodrome)

63. No Answer is required for the allegations set forth in paragraph 64 of the Complaint, as they relate to a defendant for whose actions, these defendants are not liable.

64. No Answer is required for the allegations set forth in paragraph 65 of the Complaint, as they relate to a defendant for whose actions, these defendants are not liable.

## COUNT TWENTY-THREE
### (Christopher Murphy v. Creative Concepts, Inc. d/b/a Hippodrome)

65. No Answer is required for the allegations set forth in paragraph 66 of the Complaint as they relate to a defendant for whose actions, these defendants are not liable.

66. No Answer is required for the allegations set forth in paragraph 67 of the Complaint as they relate to a defendant for whose actions, these defendants are not liable.

## COUNT TWENTY-FOUR
### (Christopher Murphy v. Creative Concepts, Inc. d/b/a Hippodrome)

67. No Answer is required for the allegations set forth in paragraph 68 of the Complaint as they relate to a defendant for whose actions, these defendants are not liable.

68. No Answer is required for the allegations set forth in paragraph 69 of the Complaint as they relate to a defendant for whose actions, these defendants are not liable.

69. No Answer is required for the allegations set forth in paragraph 70 of the Complaint as they relate to a defendant for whose actions, these defendants are not liable.

WHEREFORE DEFENDANTS Deny that Plaintiff is entitled to any award of damages, and request that the relief sought be denied and the Complaint be dismissed.

## AFFIRMATIVE DEFENSES

**FIRST DEFENSE**

The Court lacks jurisdiction over the subject matter of the Complaint.

**SECOND DEFENSE**

The Plaintiffs failed to comply with the statutory requirements of M.G.L. chapter 258.

**THIRD DEFENSE**

The Complaint fails to state a claim upon which relief requested can be granted.

**FOURTH DEFENSE**

The Defendants reserve the right to recover costs and attorneys fees in the event that the above action is found frivolous or in bad faith.

**FIFTH DEFENSE**

The alleged actions of the Defendants were neither the proximate nor the actual cause of any damages suffered by the Plaintiff.

**SIXTH DEFENSE**

The Complaint fails to state a claim upon which relief can be granted under 42 U.S.C. 1983 against the Defendant as the conduct alleged in the Complaint does not involve any particular right arising under the United States Constitution but merely seeks vindication for alleged violations of state law.

**SEVENTH DEFENSE**

The Complaint fails to state a claim upon which relief can be granted under G.L. c.12 11I.

**EIGHTH DEFENSE**

The Complaint fails to state a claim upon which relief can be granted against the Defendant as no custom or official policy of the municipality caused a violation of the Plaintiff's civil rights.

**NINTH DEFENSE**

8

The Complaint fails to state a claim upon which relief can be granted against the Defendants as the conduct did not amount to a reckless disregard or deliberate indifference to the civil rights of inhabitants within the City.

**TENTH DEFENSE**

The Complaint fails to state a claim upon which relief can be granted against the Defendant as liability can not be imposed under 42 U.S.C. 1983 or G.L. c.12 11I on the grounds of *respondeat superior*.

**ELEVENTH DEFENSE**

Claims against the defendants are barred as the actions against the Plaintiffs were based upon probable cause, and in an attempt to properly detain with the use of no more force than was reasonably necessary.

**TWELFTH DEFENSE**

The Defendants answer that at all times they acted reasonably, within the scope of official discretion and with a good faith belief that the actions were lawful and not in violation of any clearly established statutory or constitutional right of which a reasonable person would have known with regard to all matters in the Complaint which bear on state or federal law question.

**THIRTEENTH DEFENSE**

The injury to plaintiff, if any, was caused by an act or omission of a third party other than an employee or agent of the defendants.

**FOURTEENTH DEFENSE**

The Plaintiff is barred from recovery because this action has not been brought within the time specified by law.

**FIFTEENTH DEFENSE**

The Plaintiff is collaterally estopped from recovery.

**SIXTEENTH DEFENSE**

The Plaintiff is barred from recovery by *res judicata*.

**SEVENTEENTH DEFENSE**

Based on information and belief, the Defendants actions were objectively reasonable in light of the facts and circumstances and existing law without regard to underlying intent or motivation.

**EIGHTEENTH DEFENSE**

The Defendants reserve the right to recover costs and attorneys fees in the event that the above action is found frivolous or in bad faith.

**NINETEENTH DEFENSE**

The Complaint should be dismissed due to insufficiency of process and/or insufficiency of service of process.

**TWENTIETH DEFENSE**

The alleged actions of the Defendants were neither the proximate nor the actual cause of any damages suffered by the Plaintiff.

**TWENTY-FIRST DEFENSE**

The defendants were justified in their conduct and acts, using no more force than was reasonable and necessary, and therefore not liable to the plaintiff as alleged in the complaint.

**TWENTY-SECOND DEFENSE**

The claims are barred due to qualified, absolute, and or legislative or other immunity or privilege.

**TWENTY-THIRD DEFENSE**

The defendants actions were based on probable cause.

10

**TWENTY-FOURTH DEFENSE**

Any claim is based upon an act or omission for which liability does not attach under the provisions of G.L. c. 258, section 10.

**THE DEFENDANTS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.,**

Dated: August 10, 2004

Respectfully submitted.

DEFENDANTS by

_____
Edward M. Pikula, BBO #399770

Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:     (413) 787-6085
Telefax:       (413) 787-6173

> **CERTIFICATE OF SERVICE**
> The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing copy of same or hand delivery to: A.J. O'Donald, 1859 Northampton Street, Holyoke, MA 01040, Attorney Plaintiff. SIGNED under the pains and penalties of perjury.
>  Dated:
>  Edward M. Pikula, Esquire

11