**TWENTY-FOURTH DEFENSE**

Any claim is based upon an act or omission for which liability does not attach under the provisions of G.L. c. 258, section 10.

**THE DEFENDANTS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.,**

Dated: August 10, 2004

Respectfully submitted.

DEFENDANTS by

*/s/ Edward M. Pikula*

Edward M. Pikula, BBO #399770
Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPARTMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:     (413) 787-6085
Telefax:         (413) 787-6173

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing copy of same or hand delivery to: A.J. O'Donald, 1859 Northampton Street, Holyoke, MA 01040, Attorney Plaintiff. SIGNED under the pains and penalties of perjury.
Dated: 8/12/04
Edward M. Pikula, Esquire

11