UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCANNED

## ORDER OF REFERENCE

Christopher Murphy

v.

Rupert A. Daniel, et al

Check if previously referred _____

CA/CR No. 04-30144-MAP

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __Neiman__ for the following proceedings:

(A)  Determination (Order) on:
     (X) Rule 16(b) and/or Pretrial proceedings
     ( ) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
         See Documents Numbered : _____

     Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.   28 U.S.C. §636(b)(1)(A)

(B)  Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
     ( ) Motion(s) for injunctive relief
     ( ) Motion(s) for judgment on the pleadings
     ( ) Motion(s) for summary judgment
     ( ) Motion(s) to permit maintenance of a class action
     ( ) Motion(s) to suppress evidence
     ( ) Motion(s) to dismiss
         See Documents Numbered: _____

(C)  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
     ( ) In accordance with Rule 53, F.R.Civ.P.
     ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)  Special instructions __Rule 16 Scheduling Conf__

8/12/04
DATE

By: Mary Finn
Deputy Clerk

(orefmj.frm - 10/97)                                                                                                    [oref., koref.]

---

[1] See reverse side of order for instructions