✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS

| CHRISTOPHER MURPHY | **NOTICE** |
|---|---|
| V. | |
| RUPERT DANIEL | CASE NUMBER: 04-30144-MAP |

TYPE OF CASE:

☒ **CIVIL**      **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

SCHEDULING CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **9/29/04 at 11:30 a.m.** | **October 18, 2004 at 10:00 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| October 5, 2004 | /s/ *Bethaney A. Healy* |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:   ALL COUNSEL OF RECORD