UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

FILED
CLERK'S OFFICE

OCT 12 A 11: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CHRISTOPHER MURPHY,<br>   Plaintiff,<br><br>v.<br><br>RUPERT A. DANIEL, JUAN ROSARIO,<br>JASON SLEEPER, and CREATIVE THEATER<br>CONCEPTS, INC., d/b/a The HIPPODROME,<br>   Defendants. | )<br>)<br>)<br>) Civil Action No. 04-CV-30144<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
PURSUANT TO RULE 55(a) AGAINST DEFENDANT, CREATIVE THEATER
CONCEPTS, INC. d/b/a THE HIPPODROME**

Now comes the Plaintiff, CHRISTOPHER MURPHY, and hereby requests that a default enter against the Defendant, CREATIVE THEATER CONCEPTS, INC. d/b/a THE HIPPODROME, pursuant to Rule 55(a) of the Massachusetts Rule of Civil Procedure. In support of this request Plaintiff submits the attached affidavit of Attorney A.J. O'Donald, III.

Dated: 10/7/04

By: _____
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

| | |
|---|---|
| CHRISTOPHER MURPHY,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | ) Civil Action No. 04-CV-3014 |
| RUPERT A. DANIEL, JUAN ROSARIO,<br>JASON SLEEPER, and CREATIVE THEATER<br>CONCEPTS, INC., d/b/a The HIPPODROME,<br>      Defendants. | )<br>)<br>)<br>) |

### AFFIDAVIT OF ATTORNEY A.J. O'DONALD, III IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

I, A.J. O'Donald, III, attorney for the above-named Plaintiff, CHRISTOPHER MURPHY, under oath and penalties of perjury, state that:

1. The complaint in which a judgment for affirmative relief is sought against the Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, was filed on or about June 1, 2004, with the Springfield District Court.

2. The summons, copy of the complaint and statement of damages were served on the defendant on June 29, 2004, by the Hampden County Sheriff's Office by serving in-hand the person in charge at the time of service for Defendant at its place of business. (see exhibit A).

3. A copy of said return of service was filed with the Springfield District Court on September 13, 2004. (see exhibit B).

4. On or around August 5, 2004, Defendants, Rupert A. Daniel, Juan Rosado and Jason Sleeper, filed a notice of removal to the federal district court.

5. Attorney Edward M. Pikula, associate city solicitor for the City of Springfield, entered his appearance as counsel of record to Defendants, Rupert A. Daniel, Juan Rosado and Jason Sleeper.

6. The time within which the Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, was required to serve a responsive pleading or otherwise defend pursuant to Rule 12(a) or any extension thereof agreed by the parties has expired.

7. The Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, has failed to serve or file a response pleading or otherwise defend as to the Complaint.

WHEREFORE, pursuant to Rule 55(a) of the Massachusetts Rules of Civil Procedure, the Plaintiff makes this application that the Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, be defaulted.

Signed under the pains and penalties of perjury this 7th day of October 2004.

Dated: 10/7/04

By: _____
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172

# EXHIBIT A

# Commonwealth of Massachusetts
## TRIAL COURT OF THE COMMONWEALTH

HAMPDEN, ss.

DISTRICT COURT DEPARTMENT
SPRINGFIELD DIVISION
50 State Street, Springfield, MA. 01103

CHRISTOPHER MURPHY

v.

RUPERT A. DANIEL, JUAN ROSARIO, JASON SLEEPER AND CREATIVE THEATER CONCEPTS, INC. D/B/A THE HIPPODROME

Civil Action No. 04CV 1544

### SUMMONS
(Rule 4)

To defendant CREATIVE THEATER CONCEPTS, D/B/A THE HIPPODROME (name) of SPRINGFIELD, MA (address):

You are hereby summoned and required to serve upon A.J. O'DONALD, plaintiff('s attorney), whose address is 1859 NORTHAMPTON ST, HOLYOKE, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS ROBERT F. KUMOR, JR., Presiding Justice, on _____ (date).

(SEAL)

_Robert E. Fein_
Clerk

Note:
(1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

---

Hampden County Sheriff's • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

June 30, 2004

I hereby certify and return that on 6/29/2004 at 07:00 pm I served a true and attested copy of the SUMMONS, COMPLAINT & STATEMENT OF DAMAGES in this action in the following manner: To wit, by delivering in hand to JOE MORIN, MANAGER, person in charge at the time of service for CREATIVE THEATER CONCEPTS INC DBA, , 1700 MAIN Street, SPRINGFIELD, MA 01103. Attestation X 1 ($5.00), Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Mailing1 ($1.00), ON-CALL DEPUTY ($25.00) Total Charges $64.76

Deputy Sheriff DANIEL D. LARROW

_signature_
Deputy Sheriff

Note:
(1) The person serving the process shall make proof of service thereof in writing to the court as the case may be, who has requested such service. Proof of service shall be made promptly and in any event within the same time during which the person served must respond to the process. Rule 4(f).
(2) Please place date you make service on defendant in the box on this copy served on the defendant, on the original returned to the court and on the copy returned to the person requesting service or his attorney.
(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons in such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent (G.L. c. 223, sec. 31).

This form prescribed by the Chief Justice of the District Courts.

# EXHIBIT B

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

*ALSO LICENSED IN CONNECTICUT AND NEW YORK

September 13, 2004

Springfield District Court
Civil Clerk's Office
50 State Street
Hall of Justice
Springfield, MA 01103

RE: <u>Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and Creative Theater Concepts, Inc., d/b/a the Hippodrome</u>
Springfield District Court Docket No. 04CV1544

Dear Sir/Madam:

Enclosed herewith please find an original return of service issued by the Hampden County Sheriff's Office made upon Creative Theatre Concepts, inc. d/b/a the Hippodrome.

Thank you for your attention to this matter.

Very truly yours,

A.J. O'Donald III

Enclosures

cc: Attorney Joseph A. Franco

# Commonwealth of Massachusetts
### TRIAL COURT OF THE COMMONWEALTH

HAMPDEN, ss.

CHRISTOPHER MURPHY

V.

RUPERT A. DANIEL, JUAN ROSARIO, JASON SLEEPER AND CREATIVE THEATER CONCEPTS, INC D/B/A THE HIPPODROME

DISTRICT COURT DEPARTMENT
SPRINGFIELD DIVISION
50 State Street, Springfield, MA. 01103

Civil Action No. 04CV 1544

## SUMMONS
(Rule 4)

To defendant: CREATIVE THEATER CONCEPTS D/B/A THE HIPPODROME (name) of SPRINGFIELD, MA (address)

You are hereby summoned and required to serve upon A.J. O'DONALD, plaintiff('s attorney), whose address is 1859 NORTHAMPTON St, HOLYOKE, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS ROBERT F. KUMOR, JR., Presiding Justice, on _____ (date)

(SEAL)

Robert E. Fein
Clerk

Note: (1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

Hampden County Sheriff's • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
Hampden, ss.

June 30, 2004

I hereby certify and return that on 6/29/2004 at 07:00 pm I served a true and attested copy of the SUMMONS, COMPLAINT & STATEMENT OF DAMAGES in this action in the following manner: To wit, by delivering in hand to JOE MORIN, MANAGER, person in charge at the time of service for CREATIVE THEATER CONCEPTS INC DBA, , 1700 MAIN Street, SPRINGFIELD, MA 01103. Attestation X 1 ($5.00), Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Mailing1 ($1.00), ON-CALL DEPUTY ($25.00) Total Charges $64.76

Deputy Sheriff DANIEL D. LARROW

Deputy Sheriff

Note: (1) The person serving the process shall make proof of service thereof ... as the case may be, who has requested such service. Proof of service shall be made promptly and in any event within the same time during which the person served must respond to the process. Rule 4(f).
(2) Please place date you make service on defendant in the box on the copy served on the defendant, on the original returned to the court and on the copy returned to the person requesting service or his attorney.
(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent (G.L. c. 223, sec. 31).

This form prescribed by the Chief Justice of the District Courts