# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHRISTOPHER MURPHY,** <br>                **Plaintiff** <br><br> **V.** <br><br> **RUPERT A. DANIEL, JUAN ROSARIO, JASON SLEEPER, and CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME** <br><br>                **Defendants** | **CIVIL ACTION** <br><br> **NO. 3:04-CV-30144-MAP** |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Christopher Murphy__ for an order of Default for failure of the Defendant, __Creative Theater Concepts, Inc. d/b/a The Hippodrome__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __12__ day of __October__, 2004 .

                                                                         **Tony Anastas, Clerk**

                             **By:**  *Maurice G Lindsay* <br>
                                          **Maurice G. Lindsay, Deputy Clerk**

**Notice mailed to:**

- ☐     Counsel for Plaintiff A.J. O'Donald III
- ☐     Defendant Creative Theater Concepts, Inc., d/b/a Hippodrome