UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1550 MAIN STREET
SPRINGFIELD, MA 01103
OFFICIAL BUSINESS
CERTIFIED MAIL
2870 0000 2651 7357
U.S. POSTAGE
METER
2825716
MASS
FORWARDING ORDER EXPIRED
SCREENED
U.S.
Date:
01103+1214



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS. FOLD AT DOTTED LINE

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Creative Theater Concepts Inc.
d/b/a THE HIPPODROME
1700 Main Street,
Springfield, MA 01103

2. Article Number (*Transfer from service label*) 7000 2870 0000 2651 7357

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by *(Please Print Clearly)*

B. Date of Delivery

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-1424