UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER MURPHY,           )
                Plaintiff      )
                            )
    v.                                          )   Civil Action No. 04-30144-MAP
                            )
                            )
RUBERT A. DANIEL, JUNA ROSARIO, )
JASON SLEEPER and CREATIVE    )
THEATER CONCEPTS, INC., d/b/a )
The HIPPODROME,               )
                Defendants   )

SCHEDULING ORDER
October 18, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

    1.    The parties shall complete their automatic disclosures by November 1, 2004.

    2.    All written discovery shall be served by November 18, 2004.

    3.    Non-expert depositions shall be completed by April 15, 2005.

    4.    The City of Springfield shall be added as a defendant no later than March 18, 2005.

    5.    Counsel shall appear for a case management conference on April 26, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge

Case 3:04-cv-30144-MAP    Document 14    Filed 10/18/2004    Page 2 of 2