UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER MURPHY,           )
               Plaintiff    )
                                )
    v.                        )   Civil Action No. 04-30144-MAP
                                )
                                )
RUBERT A. DANIEL, JUNA ROSARIO, )
JASON SLEEPER and CREATIVE     )
THEATER CONCEPTS, INC., d/b/a  )
The HIPPODROME,                )
             Defendants    )

SCHEDULING ORDER
October 18, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by November 1, 2004.

2. All written discovery shall be served by November 18, 2004.

3. Non-expert depositions shall be completed by April 15, 2005.

4. The City of Springfield shall be added as a defendant no later than March 18, 2005.

5. Counsel shall appear for a case management conference on April 26, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                       /s/ Kenneth P. Neiman
                                                       KENNETH P. NEIMAN
                                                       U.S. Magistrate Judge