UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

Civil Action No. 04-CV-30144

CHRISTOPHER MURPHY, )
      Plaintiff, )
       )
v. )
       )
RUPERT A. DANIEL, JUAN ROSARIO, )
JASON SLEEPER, and CREATIVE THEATER )
CONCEPTS, INC., d/b/a The HIPPODROME, )
      Defendants. )

## MOTION FOR ASSESSMENT OF DAMAGES

Now comes the Plaintiff, CHRISTOPHER MURPHY, and hereby moves this Honorable Court for an award of damages to compensate him for pain and suffering as a consequence of a physical beating by three Springfield Police Officers hired by the Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, to work an overtime paid detail, along with costs, interest and attorney's fees. Plaintiff requests this Court to assess damages against the Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, as prayed for by the Plaintiff in his civil complaint and statement of damages.

Plaintiff will provide the court with a Memorandum along with copies of his medical records related to this incident at the time of hearing on damages.

Dated: 10/25/04

By: _____
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172