UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

Civil Action No. 04-CV-30144

| | |
|---|---|
| CHRISTOPHER MURPHY, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RUPERT A. DANIEL, JUAN ROSARIO, | ) |
| JASON SLEEPER, and CREATIVE THEATER | ) |
| CONCEPTS, INC., d/b/a The HIPPODROME, | ) |
| Defendants. | ) |

## REQUEST FOR ORAL HEARING ON PLAINTIFF'S MOTION FOR ASSESSMENT OF DAMAGES

Now comes the Plaintiff, CHRISTOPHER MURPHY, and hereby requests an oral hearing for an assessment of damages.

Dated: _____10 | 25 | 04_____

By: _____
A. J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172