SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

Civil Action No. 04-CV-3014 4

CHRISTOPHER MURPHY,                    )
                Plaintiff,             )
                                       )
v.                                     )
                                       )
RUPERT A. DANIEL, JUAN ROSARIO,        )
JASON SLEEPER, and CREATIVE THEATER    )
CONCEPTS, INC., d/b/a The HIPPODROME,  )
                Defendants.            )

## PLAINTIFF'S REQUEST FOR DEFAULT
## JUDGMENT PURSUANT TO RULE 55(b)(2)

Now comes the Plaintiff, CHRISTOPHER MURPHY, and hereby requests
that judgment by default enter against the Defendant, pursuant
to Rule 55(b)(2) of the Massachusetts Rule of Civil Procedure.
In support of this request Plaintiff submits the attached
affidavit of Attorney A.J. O'Donald, III.

Dated: _10/25/04_          By: _____
                           A.J. O'Donald, III
                           1859 Northampton Street
                           Holyoke, MA  01040
                           Telephone No. (413) 533-7400
                           Facsimile No. (413) 533-7577
                           BBO #638172