UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

| | |
|---|---|
| CHRISTOPHER MURPHY,<br>      Plaintiff,<br><br>v.<br><br>RUPERT A. DANIEL, JUAN ROSARIO,<br>JASON SLEEPER, and CREATIVE THEATER<br>CONCEPTS, INC., d/b/a The HIPPODROME,<br>      Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.<br>) 04-CV-30144<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF ATTORNEY A.J. O'DONALD, III IN SUPPORT REQUEST FOR DEFAULT JUDGMENT

I, A.J. O'Donald, III, attorney for the above-names Plaintiff, CHRISTOPHER MURPHY, under oath and penalties of perjury, state that:

1. A default was entered in this action against the Defendant on October 12, 2004.

2. Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, is not a minor or incompetent.

3. Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, is not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended. Rather, Defendant, CREATIVE THEATER CONCEPTS, INC., d/b/a The HIPPODROME, a duly organized Massachusetts corporation with a principal place of business at 1700 Main Street, Springfield, Massachusetts.

Signed under the pains and penalties of perjury this 12th day of October 2004.

Dated: 10/25/04

By: _____
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172