UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 03-30144-MAP

CHRISTOPHER MURPHY
Plaintiff

v.

RUPERT A. DANIELS, ET ALS
Defendants

APPEARANCE OF COUNSEL FOR
THE DEFENDANT JUAN ROSARIO

Enter my appearance for the Defendant Juan Rosario.

FOR THE DEFENDANT JUAN ROSARIO

_____
Kevin B. Coyle
935 Main Street
Springfield, MA 01103
TEL (413) 787 1524
FAX (413) 787 1703
BBO 103540

I certify that a true copy of this document was served by first class mail on counsel for the Plaintiffs and the City of Springfield.

November 12, 2004

_____
Kevin B. Coyle