UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

| | |
|---|---|
| CHRISTOPHER MURPHY,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action<br>) No. 04-CV-30144 |
| RUPERT A. DANIEL, JUAN ROSARIO,<br>JASON SLEEPER, and CREATIVE THEATER<br>CONCEPTS, INC., d/b/a The HIPPODROME,<br>      Defendants. | )<br>)<br>)<br>) |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

NOW comes the Plaintiff, CHRISTOPHER MURPHY, in the above-captioned matter and hereby moves this Honorable Court pursuant to Rule 15(a) of the Federal Rules of Civil Procedure for leave to amend his civil complaint in order to name the City of Springfield as an additional party. As grounds therefore, the Plaintiff states as follows:

1. On May 29, 2004, in compliance with M.G.L. c.258§4, Plaintiff, through counsel of record, issued notice via certified mail/return receipt 7002 3150 0006 2588 2168 to Mayor Charles Ryan of the City of Springfield of his injuries and intent to hold the City of Springfield responsible for said injuries.

2. Plaintiff filed this action in the Hampden County Superior Court.

3. Defendant removed said action to the United States District Court (Western Section).

4. On October 18, 2004, Magistrate Judge Kenneth P. Neiman ordered Plaintiff to amend his civil complaint adding the City of Springfield by March 18, 2005.

5. To date, the City of Springfield has not offered to settle this action.

6. No party will suffer any prejudice if this motion is allowed.

7. This case is not currently on any trial list and the current parties or its agents, employees, servants and/or representatives have not been deposed.

8. The current Defendants and proposed additional Defendant will have ample opportunity well in advance of trial to conduct discovery and prepare its defenses.

9. The issues of fact and law which underline Plaintiff's cause-of-action remain virtually the same as originally pled. A copy of the proposed amended complaint is attached hereto and marked as Exhibit A.

WHEREFORE, the Plaintiff, CHRISTOPHER MURPHY, hereby requests leave pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to amend the Civil Complaint.

Dated: 3/10/05        By: _____
                      A.J. O'Donald, III
                      1859 Northampton Street
                      Holyoke, MA  01040
                      Telephone No. (413) 533-7400
                      Facsimile No. (413) 533-7577
                      BBO #638172