UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

CHRISTOPHER MURPHY, )
    Plaintiff, )
 )
v. )
 )
 ) Civil Action No. 04-CV-3014
RUPERT A. DANIEL, JUAN ROSARIO, )
JASON SLEEPER, and CREATIVE THEATER )
CONCEPTS, INC., d/b/a The HIPPODROME, )
    Defendants. )

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF DENIAL OF MOTION FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)

Now comes the Plaintiff, CHRISTOPHER MURPHY, and hereby moves this court to reconsider its decision denying his motion for entry of default against Defendant, Defendant, Creative Theater Concepts, inc., d/b/a The Hippodrome. As grounds therefore, the Plaintiff states as follows:

1. On October 7, 2004, Plaintiff filed a motion for request for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

2. On November 4, 2004, the Honorable Michael A. Ponsor of the United States District Court denied Plaintiff's motion for default judgment against Defendant, Creative Theater Concepts, inc., d/b/a The Hippodrome. Judge Ponsor noted that the court will consider entry of judgment by default once judgment can be entered with regard to the other defendants.

3. All other parties have filed answers to the civil complaint and are represented by counsel.

4. The complaint in which a judgment for affirmative relief is sought against the Defendant, Defendant, Creative Theater Concepts, inc., d/b/a The Hippodrome, was filed on or about June 1, 2004, with the Springfield District Court.

5. The summons, copy of the complaint and statement of damages were served on the defendant on June 29, 2004, by the Hampden County Sheriff's Office by serving in-hand the person in charge at the time of service for Defendant at its place of business.

6. A copy of said return of service was filed with the Springfield District Court on September 13, 2004.

7. On or around August 5, 2004, Defendants, Rupert A. Daniel, Juan Rosado and Jason Sleeper, filed a notice of removal to the federal district court.

8. Attorney Edward M. Pikula, associate city solicitor for the City of Springfield, entered his appearance as counsel of record to Defendants, Rupert A. Daniel, Juan Rosado and Jason Sleeper.

9. The time within which the Defendant, Defendant, Creative Theater Concepts, inc., d/b/a The Hippodrome, was required to serve a responsive pleading or otherwise defend pursuant to Rule 12(a) or any extension thereof agreed by the parties has expired.

10. The Defendant, Defendant, Creative Theater Concepts, inc., d/b/a The Hippodrome, has failed to serve or file a response pleading or otherwise defend as to the Complaint, despite in-hand service of process.

11. Plaintiff suffers actual harm and prejudice in the event this court denies the motion for reconsideration, as he will have no remedy for the harm caused by Defendant, Creative Theater Concepts, inc., d/b/a The Hippodrome.

12. Plaintiff has a legitimate concern as to whether Defendant, Creative Theater Concepts, inc., d/b/a The Hippodrome, has adequate financial resources to compensate him for his significant injuries due to the fact that it has deliberately failed to defend or otherwise file any response to this action.

WHEREFORE, the Plaintiff moves this Honorable Court to reconsider its previous decision and enter default pursuant to Rule 55(a) of the Massachusetts Rules of Civil Procedure against Defendant, Defendant, Creative Theater Concepts, inc., d/b/a The Hippodrome.

Dated: 4-7-05

By: _____
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA 01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172

_____
Joseph A. Franco, Esq.
51 Park Avenue
West Springfield, MA 01089
(413) 737-2675 telephone
(413) 747-1721 facsimile
BBO# 543038