UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

Civil Action No. 04-CV-3014

CHRISTOPHER MURPHY,                )
       Plaintiff,              )
                                   )
v.                                 )
                                   )
RUPERT A. DANIEL, JUAN ROSARIO,    )
JASON SLEEPER, and CREATIVE THEATER)
CONCEPTS, INC., d/b/a The HIPPODROME, )
       Defendants.             )

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now comes Attorney A.J. O'Donald, III, and hereby moves this Honorable Court for leave to withdraw as counsel of record. As grounds therefore, please refer to the affidavit provided by Attorney A.J. O'Donald, III.

Dated: 4/7/05

By: _____
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA  01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172