UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

|  |  |  |
|---|---|---|
| CHRISTOPHER MURPHY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 04-CV-3014 |
| RUPERT A. DANIEL, JUAN ROSARIO, | ) | |
| JASON SLEEPER, and CREATIVE THEATER | ) | |
| CONCEPTS, INC., d/b/a The HIPPODROME, | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF ATTORNEY A.J. O'DONALD, III IN SUPPORT**
**OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, A.J. O'Donald, III, attorney for the above-names Plaintiff, CHRISTOPHER MURPHY, under oath and penalties of perjury, state that:

1. I am counsel of record to the Plaintiff, Christopher Murphy. Attorney Joseph A. Franco is co-counsel on behalf of the Plaintiff, Christopher Murphy.

2. On June 1, 2004, Attorney Franco and I filed a civil action with the Springfield District Court against the above-named defendants on behalf of the Plaintiff.

3. Defendants, through counsel, removed this action to the United States District Court.

4. In compliance with the scheduling order, the parties have exchanged paper discovery.

5. On January 31, 2005, I wrote to Mr. Murphy requesting that he appear for an office visit on February 9, 2005, to answer interrogatories propounded by Defendants.

6. Mr. Murphy appeared on the scheduled date. However, because of transportation issues, he was unable to stay for a sufficient time to complete the answers. We rescheduled his appointment for Friday, February 11, 2005. (see exhibit A).

7. Due to a scheduling conflict for both Mr. Murphy and myself, on Friday, February 11, 2005, we cancelled the appointment with the understanding that we would reschedule to a date convenient for all parties, including Attorney Franco.

8. On the following week, Attorney Franco attempted to contact Mr. Murphy by telephone to reschedule his appointment.

9. I also attempted to contact him by telephone. However, Mr. Murphy's cellular telephone number has been disconnected.

10. On February 27, 2005, Attorney Franco sent Mr. Murphy correspondence via First Class Mail and certified mail/return receipt 7001 1140 0003 4423 0158. In this letter, Attorney Franco explained to Mr. Murphy the consequences of failure to cooperate with the prosecution of this case. He also advised Mr. Murphy that he and I would be forced to withdraw as counsel of record if he did not immediately contact us. (see exhibit B).

11. Mr. Murphy did not retrieve the certified mail letter sent on February 27, 2005. However, the copy sent by regular mail was not returned to Attorney Franco by the postal service as undeliverable.

12. On March 8, 2005, Attorney O'Donald sent Mr. Murphy correspondence via First Class Mail and certified mail/return receipt 70014 0550 0000 6697 5002. In this letter, I explained to Mr. Murphy the consequences of failure to cooperate with the prosecution of this case. I also advised Mr. Murphy that Attorney Franco and I would be forced to withdraw as counsel of record if he did not immediately contact us. (see exhibit C).

13. Mr. Murphy did not retrieve the certified mail letter sent on March 8, 2005. The letter has not been returned to me as undeliverable by the postal service. Mr. Murphy has not responded to this letter.

14. On March 14, 2005, I again sent Mr. Murphy correspondence explaining the consequences of failure to cooperate with the prosecution of this case. I again advised Mr. Murphy that Attorney Franco and I would be forced to withdraw as counsel of record if he did not immediately contact us. (see exhibit D).

15.    The letter has not been returned to me as undeliverable by the postal service. Mr. Murphy has not responded to this letter.

16.    On April 7, 2005, I sent Mr. Murphy correspondence via First Class Mail and certified mail/return receipt 70014 0550 0000 6697 1677. In this letter, I explained to Mr. Murphy that Attorney Franco and I have filed separate motions to withdraw as his counsel and instructed him to appear before the court on April 26, 2005 at 10:00 a.m. (see exhibit E).

17.    I currently do not know the whereabouts of Mr. Murphy.

18.    In my view, Mr. Murphy's failure to cooperate with me has led to a fundamental breakdown of the attorney-client relationship.

19.    I am unable to adequately prosecute this case without the assistance of Mr. Murphy.


Signed under the pains and penalties of perjury this 7th day of April 2005.

Dated: _____4-7-05_____

By: _____
A.J. O'Donald, III
1859 Northampton Street
Holyoke, MA  01040
Telephone No. (413) 533-7400
Facsimile No. (413) 533-7577
BBO #638172

# EXHIBIT A

# LAW OFFICES OF JOSEPH A. FRANCO
## 51 Park Avenue
### West Springfield, Massachusetts 01089

---

**(413) 737-2675**
**FAX (413) 747-1721**

February 27, 2005

Christopher Murphy
63 Boutin Street
Chicopee, MA 01020

RE:    Murphy v. Daniels et als
       United States District Court
       Docket No. 04CV 3014

Dear Chris:

I am writing to tell you that Attorney O'Donald and I have discussed this matter and have decided that we can no longer represent you in your litigation against the City of Springfield and the Springfield Police officers. As you are aware, several times we have requested that you make appropriate appointments to come in to Attorney O'Donald's office and to follow up and get a doctor's report as to the permanency of your injuries. Although after several phone calls, letters and repeated requests you did go to Attorney O'Donald's office a few weeks ago, you were unable to spend sufficient time which was needed on your case. As you are aware, Attorney O'Donald needed you to sit down to review the interrogatories which he had previously sent to you and make detailed and accurate answers to the information requested. You informed him that you had gotten a ride there and that the time you would be able to spend there would be limited. Attorney O'Donald had a discussion with you at which time he told you that there would be a further meeting with you and me.

Last week I placed several phone calls to you to have you return my calls so that we could make that appointment to all meet to move this case forward. You have failed to return my phone calls. To the best of my knowledge, you have also not obtained the necessary medical documentation needed to proceed with this litigation. Since this litigation is now pending in the Federal District Court as opposed to the state superior court, the obligations on the Plaintiff are much greater. The time for answering your interrogatories is quickly expiring. Non-compliance with discovery and other tasks relegated to the Plaintiff can result in sanctions and substantial monetary fines. In addition, as attorneys, we are obligated to prosecute these claims in a professional and expedient manner. Failure to do so can result in actions by the court which would greatly disadvantage us.

Christopher Murphy
February 27, 2005
Page 2

Since it is apparent that your cooperation is not forthcoming and that we will be in default very shortly on the discovery deadlines, regrettably we cannot proceed forward with this case as outlined. If you would be willing to dismiss the case against the police officers and the city, this dismissal would be with prejudice and would not allow you to re-file. If that was done, we would try to have the remainder of the case against the Hippodrome shifted back to Superior Court. If that could be accomplished, then we would be able to enter a default judgment against the Hippodrome, as they have not answered and attempt to proceed to get an award for you against the Hippodrome. However, the financial situation of the Hippodrome is unknown to us at this time and we are not confident that there are sufficient monies to satisfy any judgment. Please contact me upon receipt of this letter and let me know if you would either consent to the dismissal, at which point we would send you appropriate documentation, or if you would like us to transfer this matter to another attorney. Please note if you get another attorney you must do so within the next few days. These time standards are serious and we are at the end of any reasonable period and, as such, action must be taken in the immediate future. Your inactions will only result in this case getting dismissed as explained above. I look forward to hearing from you.

Very truly yours,

Joseph A. Franco, Esq.

JAF/ef
CERTIFIED MAIL    7001 1140 0003 4423 0158

# EXHIBIT B

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

*ALSO LICENSED IN CONNECTICUT AND NEW YORK

January 31, 2005

Mr. Christopher Murphy
63 Boutin Street
Chicopee, Massachusetts 01020

RE:  **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and Creative Theater Concepts, Inc., d/b/a the Hippodrome**
**Springfield District Court Docket No.  04CV1544**

Dear Chris:

There has been an appointment scheduled for you in our office on Wednesday, February 9, 2005 at 4:30pm. This appointment is necessary for you to answer to your interrogatories. If this is an inconvenient time, respond to our office at the phone number above as soon as possible.

Thank you for your attention to this matter.

Very truly yours,

A. O'Donald III

A.J. O'Donald III

/klo

# EXHIBIT C

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III                                              ALISON M. BARTLETT-O'DONALD*

*ALSO LICENSED IN CONNECTICUT AND NEW YORK

March 8, 2005

**Via certified mail/return receipt requested 7004 0550 0000 6697 5002
And United States Postage First Class Mail**

Mr. Christopher Murphy
63 Boutin Street
Chicopee, Massachusetts 01020

RE:   **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and
      Creative Theater Concepts, Inc., d/b/a the Hippodrome
      Springfield District Court Docket No. 04CV1544**

Dear Mr. Murphy:

This letter is sent to you as a follow-up to the letter Attorney Franco sent you on February 27, 2005. He sent that letter via certified mail/return receipt request as well as regular mail. You have not responded.

As you know, this case is pending in the federal district court. You must understand that the federal court is very strict with its filing deadlines. All discovery, including answering interrogatories and depositions, must be completed by April 15, 2005. The court does not grant extensions. We have not filed our answers to interrogatories. Defendants will not take your deposition without the answers. They will file motions with the court to dismiss your case for failing to answer the interrogatories. Once again, I must impress upon you that the federal court is strict and will allow the Defendants' motion to dismiss your case.

As you recall, you were unable to stay at my office so we could draft your answers to interrogatories. Your sister was present with you. She was your transportation. She was only able to stay for a short time because she needed to leave for work. Since that day, Attorney Franco also tried calling you on several occasions to reschedule your appointment. You did not respond. Similarly, you have not responded to his letter dated February 27, 2005.

It seems that you do not have time for this case. Attorney Franco and I have conferenced this issue and believe we should simply dismiss it before the court enters a default against you and imposes monetary sanctions. Please call me by Tuesday, March 15, 2005, to discuss this matter. In the event, we do not hear from by that date,

we will presume that you have no interest in this case and will file a motion to withdraw as your counsel of record in this case.

You are, of course, free to hire another attorney to represent you. However, he or she will be held to the same time standards imposed by the court. Therefore, you must act quickly if you intend to hire another attorney.

Thank you for your attention to this matter.

Very truly yours,

A.J. O'Donald III

cc:    Attorney Joseph A. Franco

# EXHIBIT D

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

* ALSO LICENSED IN CONNECTICUT AND NEW YORK

March 14, 2005

Mr. Christopher Murphy
63 Boutin Street
Chicopee, Massachusetts 01020

RE:    **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and
       Creative Theater Concepts, Inc., d/b/a the Hippodrome
       Springfield District Court Docket No.  04CV1544**

Dear Mr. Murphy:

This letter is sent as a follow-up to my letter dated March 8, 2005, and the letter sent to you by my co-counsel, Attorney Franco, dated February 27, 2005.  You have failed and/or refused to respond to either letter.

In addition, Attorney Franco has attempted to call you at your home number.  He has not received any response.  We have also tried to call you at your cell phone number. But, it has been disconnected.

Because we cannot maintain contact with you, please be advised that I can no longer serve as your attorney.  You clearly refuse to cooperate and stay in touch with us.  I will file the appropriate motion to withdraw as your counsel.  You should feel free to retain new counsel.

Thank you for your attention to this matter.

Very truly yours,

A.J. O'Donald III

cc:    Attorney Joseph A. Franco

# EXHIBIT E

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

*ALSO LICENSED IN CONNECTICUT AND NEW YORK

April 7, 2005

**Via certified mail/return receipt requested 7004 0550 0000 6697 1677
And United States Postage First Class Mail**

Mr. Christopher Murphy
63 Boutin Street
Chicopee, Massachusetts 01020

RE:    **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and
Creative Theater Concepts, Inc., d/b/a the Hippodrome
Springfield District Court Docket No. 04CV1544**

Dear Mr. Murphy:

This letter is sent to advise you that Attorney Franco and I have each filed motions to withdraw as your counsel of record for your failure to cooperate. Your next court date is Tuesday, April 26, 2005, at 10:00 a.m. You must appear in court on that day. A copy of the motion is enclosed.

Thank you for your attention to this matter.

Very truly yours,

A.J. O'Donald III

Enclosures

cc:    Attorney Joseph A. Franco