UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

FILED
IN CLERK'S OFFICE

2005 ... 11 A 11: 09

Civil Action No. 04-CV-30144-MAP

| | |
|---|---|
| CHRISTOPHER MURPHY,<br>　　Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| RUPERT A. DANIEL, JUAN ROSARIO,<br>JASON SLEEPER, and CREATIVE THEATER<br>CONCEPTS, INC. d/b/a THE HIPPODROME,<br>　　Defendants | )<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now comes Joseph A. Franco, Esq., and hereby moves this Honorable Court for leave to withdraw as counsel of record for the Plaintiff in the above-entitled matter. As grounds therefor, counsel submits his affidavit herewith.

Joseph A. Franco, Esq.
BBO# 543038
51 Park Avenue, Suite 7
West Springfield, MA 01089
Tel: (413) 737-2675
Fax: (413) 747-1721

Date: 4/7/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Western Section)

Civil Action No. 04-CV-3014

| | |
|---|---|
| CHRISTOPHER MURPHY,<br>    Plaintiff | )<br>)<br>) |
| VS. | )<br>) |
| RUPERT A. DANIEL, JUAN ROSARIO,<br>JASON SLEEPER, and CREATIVE THEATER<br>CONCEPTS, INC. d/b/a THE HIPPODROME,<br>    Defendants | )<br>)<br>)<br>) |

### AFFIDAVIT OF JOSEPH A. FRANCO IN SUPPORT OF HIS MOTION TO WITHDRAW AS COUNSEL OF RECORD

Now comes Joseph A. Franco and states that he has personal knowledge of the facts contained herein and makes oath that the following is true.

1. I. Joseph A. Franco, Esq., am a duly authorized and practicing attorney in the Commonwealth of Massachusetts.

2. I am counsel of record for the Plaintiff, Christopher Murphy, along with co-counsel Attorney A. J. O'Donald, III.

3. On June 1, 2004, Attorney O'Donald and I filed a civil action with the Springfield District Court against the above-named defendants on behalf of the Plaintiff.

4. Defendants, through counsel, removed this action to the United States District Court.

5. In compliance with the scheduling order, the parties have exchanged paper discovery.

6. On January 31, 2005, Attorney O'Donald wrote to Mr. Murphy requesting that he appear for an office visit on February 9, 2005 to answer interrogatories propounded by the Defendants. (See Exhibit "A" attached hereto and incorporated herewith)

7. Mr. Murphy did appear at Attorney O'Donald's office on the appointed date, however, because of transportation difficulties, he was unable to remain at Attorney O'Donald's office for a sufficient period of time to complete the answers. His appointment was rescheduled for Friday, February 11, 2005.

8. Due to a scheduling conflict for both Attorney O'Donald and Mr. Murphy on February 11, 2005, the appointment was canceled with the understanding that the appointment would be rescheduled for a date convenient for all parties, including me.

9. I attempted to contact Mr. Murphy by telephone the following week to reschedule his appointment.

10. Attorney O'Donald also attempted to contact Mr. Murphy by telephone, however, his cellular telephone had been disconnected.

11. On February 27, 2005 I sent Mr. Murphy a letter by first class mail, postage prepaid, return receipt requested, article #70011 1140 0003 4423 0158. In this letter I explained to Mr. Murphy the consequences of his failure to cooperate with the prosecution of his case. I also advised Mr. Murphy that Attorney O'Donald and I would be forced to withdraw as counsel of record if he did not immediately contact us. (See Exhibit "B" attached hereto and incorporated herewith).

12. Mr. Murphy did not retrieve the certified mail letter sent on February 27, 2005. However, the copy I sent by regular first class mail was not returned to me by the United States Postal Service as undeliverable.

13. On March 8, 2005, Attorney O'Donald again sent a letter to Mr. Murphy explaining the consequences of failure to cooperate with the prosecution of his case. He reiterated to Mr. Murphy that both he and I would be forced to withdraw as counsel of record if he did not immediately contact us. (See Exhibit "C" attached hereto and incorporated herewith.)

14. Mr. Murphy did not retrieve the certified mail letter sent on March 8, 2005. The letter has not been returned to Attorney O'Donald by the United States Postal Service as undeliverable. Mr. Murphy has not responded to that letter.

15. On March 14, 2005, Attorney O'Donald sent Mr. Murphy correspondence by first class mail and certified mail, postage prepaid, return receipt requested. In said letter Attorney O'Donald again set out for Mr. Murphy the consequences of failing to cooperate in prosecuting his case. Attorney O'Donald further advised Mr. Murphy that Attorney O'Donald and I would be forced to withdraw as counsel of record if he did not immediately contact us. (See Exhibit "D" attached hereto and incorporated herewith.)

16. The letter has not been returned to Attorney O'Donald as undeliverable by the United States Postal Service. Mr. Murphy did not respond to this letter.

17. I do not know Mr. Murphy's present whereabouts, although he still continues to get mail at the address of 63 Boutin Street, Chicopee, Massachusetts.

18. In my opinion, Mr. Murphy's failure to cooperate with Attorney O'Donald and me has led to a fundamental breakdown of the Attorney/client relationship.

19. I am unable to adequately prosecute Mr. Murphy's case without his assistance.

20. Therefore, I respectfully request that this Honorable Court allow me to withdraw as counsel of record for the Plaintiff, Christopher Murphy.

Signed under the pain and penalty of perjury this 7th day of April, 2005.

_____
Joseph A. Franco, Esq.

# EXHIBIT "A"

Case 3:04-cv-30144-MAP    Document 24    Filed 04/11/2005    Page 5 of 17

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

*ALSO LICENSED IN CONNECTICUT AND NEW YORK

January 31, 2005

Mr. Christopher Murphy
63 Boutin Street
Chicopee, Massachusetts 01020

RE: **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and Creative Theater Concepts, Inc., d/b/a the Hippodrome**
Springfield District Court Docket No. 04CV1544

Dear Chris:

There has been an appointment scheduled for you in our office on Wednesday, February 9, 2005 at 4:30pm. This appointment is necessary for you to answer to your interrogatories. If this is an inconvenient time, respond to our office at the phone number above as soon as possible.

Thank you for your attention to this matter.

Very truly yours,

*A. O'Donald III*

A.J. O'Donald III

/klo

# EXHIBIT "B"

Case 3:04-cv-30144-MAP   Document 24   Filed 04/11/2005   Page 7 of 17

# LAW OFFICES OF JOSEPH A. FRANCO
### 51 Park Avenue
### West Springfield, Massachusetts 01089

(413) 737-2675
FAX (413) 747-1721

February 27, 2005

Christopher Murphy
63 Boutin Street
Chicopee, MA 01020

RE: Murphy v. Daniels et als
United States District Court
Docket No. 04CV 3014

Dear Chris:

    I am writing to tell you that Attorney O'Donald and I have discussed this matter and have decided that we can no longer represent you in your litigation against the City of Springfield and the Springfield Police officers. As you are aware, several times we have requested that you make appropriate appointments to come in to Attorney O'Donald's office and to follow up and get a doctor's report as to the permanency of your injuries. Although after several phone calls, letters and repeated requests you did go to Attorney O'Donald's office a few weeks ago, you were unable to spend sufficient time which was needed on your case. As you are aware, Attorney O'Donald needed you to sit down to review the interrogatories which he had previously sent to you and make detailed and accurate answers to the information requested. You informed him that you had gotten a ride there and that the time you would be able to spend there would be limited. Attorney O'Donald had a discussion with you at which time he told you that there would be a further meeting with you and me.

    Last week I placed several phone calls to you to have you return my calls so that we could make that appointment to all meet to move this case forward. You have failed to return my phone calls. To the best of my knowledge, you have also not obtained the necessary medical documentation needed to proceed with this litigation. Since this litigation is now pending in the Federal District Court as opposed to the state superior court, the obligations on the Plaintiff are much greater. The time for answering your interrogatories is quickly expiring. Non-compliance with discovery and other tasks relegated to the Plaintiff can result in sanctions and substantial monetary fines. In addition, as attorneys, we are obligated to prosecute these claims in a professional and expedient manner. Failure to do so can result in actions by the court which would greatly disadvantage us.

Christopher Murphy
February 27, 2005
Page 2

Since it is apparent that your cooperation is not forthcoming and that we will be in default very shortly on the discovery deadlines, regrettably we cannot proceed forward with this case as outlined. If you would be willing to dismiss the case against the police officers and the city, this dismissal would be with prejudice and would not allow you to re-file. If that was done, we would try to have the remainder of the case against the Hippodrome shifted back to Superior Court. If that could be accomplished, then we would be able to enter a default judgment against the Hippodrome, as they have not answered and attempt to proceed to get an award for you against the Hippodrome. However, the financial situation of the Hippodrome is unknown to us at this time and we are not confident that there are sufficient monies to satisfy any judgment. Please contact me upon receipt of this letter and let me know if you would either consent to the dismissal, at which point we would send you appropriate documentation, or if you would like us to transfer this matter to another attorney. Please note if you get another attorney you must do so within the next few days. These time standards are serious and we are at the end of any reasonable period and, as such, action must be taken in the immediate future. Your inactions will only result in this case getting dismissed as explained above. I look forward to hearing from you.

Very truly yours,

Joseph A. Franco, Esq.

JAF/ef
CERTIFIED MAIL    7001 1140 0003 4423 0158

**Law Offices of**
**Joseph A. Franco**
51 Park Avenue - Suite 7
West Springfield, Massachusetts 01089

CERTIFIED MAIL

7001 1140 0003 4423 0158

Christopher Murphy
63 Boutin Street
Chicopee, MA 01020





U.S. POSTAGE PAID
FEEDING HILLS, MA 01030
MAR 01, '05
AMOUNT $4.42
0002679301

9264
01020

MAR 09 2005

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Christopher Murphy
   63 Boston St.
   Chicopee, MA 01020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

   X _____  ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number: 7001 1140 0003 4423 0158
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT "C"

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

March 8, 2005

**Via certified mail/return receipt requested 7004 0550 0000 6697 5002
And United States Postage First Class Mail**

Mr. Christopher Murphy
63 Boutin Street
Chicopee, Massachusetts 01020

RE: <u>Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and Creative Theater Concepts, Inc., d/b/a the Hippodrome</u>
Springfield District Court Docket No. 04CV1544

Dear Mr. Murphy:

This letter is sent to you as a follow-up to the letter Attorney Franco sent you on February 27, 2005. He sent that letter via certified mail/return receipt request as well as regular mail. You have not responded.

As you know, this case is pending in the federal district court. You must understand that the federal court is very strict with its filing deadlines. All discovery, including answering interrogatories and depositions, must be completed by April 15, 2005. The court does not grant extensions. We have not filed our answers to interrogatories. Defendants will not take your deposition without the answers. They will file motions with the court to dismiss your case for failing to answer the interrogatories. Once again, I must impress upon you that the federal court is strict and will allow the Defendants' motion to dismiss your case.

As you recall, you were unable to stay at my office so we could draft your answers to interrogatories. Your sister was present with you. She was your transportation. She was only able to stay for a short time because she needed to leave for work. Since that day, Attorney Franco also tried calling you on several occasions to reschedule your appointment. You did not respond. Similarly, you have not responded to his letter dated February 27, 2005.

It seems that you do not have time for this case. Attorney Franco and I have conferenced this issue and believe we should simply dismiss it before the court enters a default against you and imposes monetary sanctions. Please call me by Tuesday, March 15, 2005, to discuss this matter. In the event, we do not hear from by that date,

we will presume that you have no interest in this case and will file a motion to withdraw as your counsel of record in this case.

You are, of course, free to hire another attorney to represent you. However, he or she will be held to the same time standards imposed by the court. Therefore, you must act quickly if you intend to hire another attorney.

Thank you for your attention to this matter.

Very truly yours,

A.J. O'Donald III

cc:   Attorney Joseph A. Franco

# EXHIBIT "D"

# O' DONALD LAW OFFICES

1859 NORTHAMPTON STREET
HOLYOKE, MASSACHUSETTS 01040
TELEPHONE 413-533-7400
FASCIMILE 413-533-7577

A.J. O'DONALD, III

ALISON M. BARTLETT-O'DONALD*

March 14, 2005

Mr. Christopher Murphy
63 Boutin Street
Chicopee, Massachusetts 01020

RE: **Christopher Murphy v. Rupert A. Daniel, Juan Rosario, Jason Sleeper and Creative Theater Concepts, Inc., d/b/a the Hippodrome**
**Springfield District Court Docket No. 04CV1544**

Dear Mr. Murphy:

This letter is sent as a follow-up to my letter dated March 8, 2005, and the letter sent to you by my co-counsel, Attorney Franco, dated February 27, 2005. You have failed and/or refused to respond to either letter.

In addition, Attorney Franco has attempted to call you at your home number. He has not received any response. We have also tried to call you at your cell phone number. But, it has been disconnected.

Because we cannot maintain contact with you, please be advised that I can no longer serve as your attorney. You clearly refuse to cooperate and stay in touch with us. I will file the appropriate motion to withdraw as your counsel. You should feel free to retain new counsel.

Thank you for your attention to this matter.

Very truly yours,

A.J. O'Donald III

cc: Attorney Joseph A. Franco

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing motion on the on the Plaintiff at 63 Boutin Street, Chicopee, MA 01020 and on the Defendants by mailing a copy of same by first class mail, postage prepaid, to Defendants' counsel of record, Edward M. Pikula, Esq., Office of the City Solicitor, City of Springfield, City Hall, 36 Court Street, Springfield, MA 01103 and on Kevin B. Coyle, Esq., 935 Main Street, Springfield, MA 01103 on April 7, 2005.

                                                      Joseph A. Franco, Esq.