# United States District Court
# District of Massachusetts

FILED
IN CLERK'S OFFICE

2005 APR 26 P 3: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

CHRISTOPHER MURPHY
PLAINTIFF

v.

RUPERT A. DANIEL, JUAN ROSARIO,
JASON SLEEPER AND CREATIVE
THEATER CONCENPTS, INC. D/B/A THE
HIPPODROME, and CITY OF
SPRINGFIELD
DEFENDANTS

CIVIL ACTION NO.
3:04-cv-30144-MAP

## MOTION TO DISMISS

Now come the Defendants **RUPERT A. DANIEL, JUAN ROSARIO, JASON SLEEPER, AND CITY OF SPRINGFIELD** in the above-captioned case and move this honorable court to dismiss the complaint due to the plaintiff's failure to prosecute and failure to provide discovery.

In support, defendants rely on the pleadings in this case and the arguments contained herein.

The conduct of the plaintiff in this case is within the ambit of both Federal Rule of Civil Procedure 37(b)(2)(C) (dismissal for failure to respond to discovery) and Federal Rule of Civil Procedure 41(b) (dismissal for failure to prosecute or failure to follow court rules) and Federal Rule of Civil Procedure Rule 16(f) (Sanction of dismissal for failure to obey pretrial or scheduling order).

As noted in the affidavits filed by plaintiff's former counsel when requesting to withdraw from the case, plaintiff has not cooperated in responding to requests for written discovery and

42675

has not appeared for his deposition. (See Affidavits of Attys O'Donald and Franco filed previously).

In addition, the plaintiff failed to appear for the case management conference held on April 26, 2006 before Magistrate Neiman, despite being notified by his former counsel and despite the court calling and leaving a message at the plaintiff's phone number.

Under similar conditions, the First Circuit has upheld dismissal as no abuse of discretion. *Zavala Santiago v. Gonzalez Rivera*, 553 F.2d 710, 712-13 (1st Cir.1977). Based on the record establishing grounds for dismissal, without any excuse, defendants **RUPERT A. DANIEL, JUAN ROSARIO, JASON SLEEPER AND CITY OF SPRINGFIELD** join in this motion.

WHEREFORE Defendants request this case be dismissed, with prejudice.

Dated: April 26, 2005

Respectfully submitted.

THE DEFENDANTS

By:

Edward M. Pikula, BBO #399770

Associate City Solicitor
CITY OF SPRINGFIELD LAW DEPARTMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:       (413) 787-6085
Telefax:         (413) 787-6173

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing copy of same or hand delivery to:Christopher Murphy, 63 Boutin Street Chicopee, MA 01020
413-533-1455
PRO SE Plaintiff.
SIGNED under the pains and penalties of perjury.
Dated: 4/26/05
Edward M. Pikula, Esquire