# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CHRISTOPHER MURPHY,

    Plaintiff(s)

        v.                CIVIL ACTION NO. 3:04-30144 -MAP

Rupert A. Daniel, Juan Rosario,
Jason Sleeper, Creative Theater
Concenpts, Inc., d/b/a The Hippodrome,
and City of Springfield,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Rupert A. Daniel, et al, against the plaintiff Christopher Murphy, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

Dated: May 17, 2005               By /s/ *Maurice G. Lindsay*
                                         Maurice G. Lindsay
                                         Deputy Clerk